UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

STEPHEN KIMANI KAMAU,

Petitioner,

v.

SECRETARY OF HOMELAND SECURITY et al,

Respondent.

Case No. 5:26-cv-01589-RGK-MAR

ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the records on file, and the Report and Recommendation of the United States Magistrate Judge. No objections have been filed. The Court accepts the findings and recommendation of the Magistrate Judge.

**IT IS THEREFORE ORDERED** that Judgment be entered (1) denying the Petition and (2) directing Judgment be entered dismissing this action.

Dated: July 30, 2026

Gary Klausner

HONORABLE R. GARY KLAUSNER
United States District Judge