JS6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN KIMANI KAMAU,<br>Petitioner,<br>v.<br>SECRETARY OF HOMELAND SECURITY et al,<br>Respondent. | Case No. 5:26-cv-01589-RGK-MAR<br><br>JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

**IT IS HEREBY ADJUDGED** that the Petition is **DENIED** and this action is **DISMISSED**.

Dated: July 30, 2026

HONORABLE R. GARY KLAUSNER
United States District Judge